THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS COOK, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>ATOSSA GENETICS, INC., STEVEN C. QUAY, CHRISTOPHER BENJAMIN, KYLE GUSE, SHU-CHIH CHEN, JOHN BARNHART, STEPHEN J. GALLI, ALEXANDER CROSS, H. LAWRENCE REMMEL, DAWSON JAMES SECURITIES, INC., VIEWTRADE SECURITIES, INC., and PAULSON INVESTMENT COMPANY, INC.<br><br>        Defendants. | CASE NO.: 2:13-cv-01836 RSM<br><br>**NOTICE OF APPEARANCE OF BARRY M. KAPLAN AND GREGORY L. WATTS FOR DEFENDANTS ATOSSA GENETICS, INC., STEVEN C. QUAY, CHRISTOPHER BENJAMIN, KYLE GUSE, SHU-CHIH CHEN, JOHN BARNHART, STEPHEN J. GALLI, ALEXANDER CROSS AND H. LAWRENCE REMMEL** |

**NOTICE OF APPEARANCE**
2:13-cv-01836 RSM

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500

| | |
|---|---|
| 1 | TO:  The Clerk of the Court |
| 2 | AND TO:  All Parties of Record |

3  PLEASE TAKE NOTICE that Barry M. Kaplan and Gregory L. Watts of Wilson

4  Sonsini Goodrich & Rosati, Professional Corporation hereby appear as attorneys of record for

5  Defendants Atossa Genetics, Inc., Steven C. Quay, Christopher Benjamin, Kyle Guse,

6  Shu-Chih Chen, John Barnhart, Stephen J. Galli, Alexander Cross and H. Lawrence Remmel,

7  and request that all future papers and pleadings herein, except original process, be served

8  upon them at the address set forth below.

9  Dated: November 7, 2013

10  s/ Barry M. Kaplan
11  s/ Gregory L. Watts
    Barry M. Kaplan, WSBA #8661
12  Gregory L. Watts, WSBA #43995
    **WILSON SONSINI GOODRICH & ROSATI**
13  701 Fifth Avenue, Suite 5100
    Seattle, WA  98104-7036
14  Telephone: (206) 883-2500
    Facsimile:  (206) 883-2699
15  Email: bkaplan@wsgr.com
    Email: gwatts@wsgr.com
16

17  *Attorneys for Defendants Atossa Genetics, Inc., Steven C. Quay, Christopher Benjamin, Kyle Guse, Shu-Chih Chen, John Barnhart, Stephen J. Galli, Alexander Cross and H. Lawrence Remmel*

18

19

20

21

22

23

24

25

26

27

**NOTICE OF APPEARANCE**
2:13-cv-01836 RSM

-1-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2013 I filed the foregoing with the Clerk of the Court using the CM/ECF system, and served the following party via ECF:

Dan Drachler
ZWERLING SCHACHTER & ZWERLING, LLP
1904 3rd Avenue, Suite 1030
Seattle, WA 98101
Email: ddrachler@zsz.com

I further certify that the following parties were served via electronic mail:

Jeremy A. Lieberman
Lesley F. Portnoy
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
600 3rd Avenue, 20th Floor
New York, NY 10016
Email: jalieberman@pomlaw.com
Email: lfportnoy@pomlaw.com

Patrick V. Dahlstrom
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Email: pdahlstrom@pomlaw.com

Peretz Bronstein
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
Email: peretz@bgandg.com

Dated: November 7, 2013

s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661

**CERTIFICATE OF SERVICE**
2:13-cv-01836 RSM

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699