The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| NICHOLAS COOK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATOSSA GENETICS, INC., *et al.*,<br><br>Defendants. | No. 2:13-cv-01836 RSM<br><br>**NOTICE OF APPEARANCE FOR MOVANT HAI DAM** |

Please take notice that the undersigned appears as counsel for lead-plaintiff movant Hai Dam and requests that all pleadings and papers be sent to the name/address/email below.

Dated Dec. 10, 2013

By: *s/ Cliff Cantor*
Cliff Cantor, WSBA # 17893
LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel:  (425) 868-7813
Fax:  (425) 732-3752
Email: cliff.cantor@outlook.com

One of Attorneys for Movant and
Proposed Lead Plaintiff Hai Dam

Certificate of Service

I certify that I caused this proposed order to be filed with the Clerk of the Court via the CM/ECF system, which will cause notification of filing to be emailed to all counsel of record.

By: *s/ Cliff Cantor*
Cliff Cantor, WSBA # 17893

[Proposed] NOTICE OF APPEARANCE
No. 2:13-cv-01836 RSM

- 1 -