THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ATOSSA GENETICS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO.:  2:13-cv-01836 RSM<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER REGARDING SCHEDULE FOR RESPONDING TO CONSOLIDATED AMENDED COMPLAINT** |

Lead plaintiffs Miko Levi, Bandar Almosa and Gregory Harrison ("Lead Plaintiffs"), defendants Atossa Genetics, Inc., Steven C. Quay, Christopher Benjamin, Kyle Guse, Shu-Chih Chen, John Barnhart, Stephen J. Galli, Alexander Cross and H. Lawrence Remmel (collectively, "Atossa Defendants"), and defendants Dawson James Securities, Inc., Viewtrade Securities, Inc. and Paulson Investment Company, Inc. (collectively, "Underwriter Defendants," together with Atossa Defendants, "Defendants," together with Atossa Defendants and Lead Plaintiffs, the "Parties") having met and conferred, submit the following Stipulation Regarding Schedule for Responding to Consolidated Amended Complaint, and ask the Court to enter an order consistent with this Stipulation.

STIPULATION AND ORDER REGARDING SCHEDULE FOR RESPONDING TO CONSOLIDATED AMENDED COMPLAINT
2:13-cv-01836 RSM

-1-

**WILSON SONSINI GOODRICH & ROSATI, PC**
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 ⋄ Fax: (206) 883-2699

WHEREAS, the above-captioned action is a putative class action asserting violations of the federal securities laws against Defendants;

WHEREAS, on October 10, 2013, Nicholas Cook filed a Class Action Complaint, which alleged that Defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, as well as Sections 11, 12(a)(2) and 15 of the Securities Act of 1933;

WHEREAS, on February 14, 2014, the Court issued an order appointing Lead Plaintiffs, approving the selection of Co-Lead Counsel, and stating that Lead Plaintiffs were permitted to file an amended class action complaint within 60 days from the date of the Court's order;

WHEREAS, on April 15, 2014, Lead Plaintiffs filed a Consolidated Amended Complaint;

NOW, THEREFORE, counsel for the Parties stipulate and agree to extend the time for Defendants to respond to the Consolidated Amended Complaint and to a briefing schedule on motions to dismiss that Consolidated Amended Complaint as follows:

1. Atossa Defendants and Underwriter Defendants shall have until May 30, 2014 to answer or move to dismiss the Consolidated Amended Complaint.

2. If Atossa Defendants and/or Underwriter Defendants move to dismiss the Consolidated Amended Complaint, Lead Plaintiffs shall have until July 11, 2014 to oppose the motion(s) to dismiss, and the Atossa Defendants and/or Underwriter Defendants shall have until July 31, 2014 to reply to Lead Plaintiffs' opposition(s).

3. The Atossa Defendants' and/or Underwriter Defendants' motion(s) to dismiss shall be noted for August 1, 2014.

IT IS SO STIPULATED.

Dated: April 18, 2014

s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036

STIPULATION AND ORDER REGARDING SCHEDULE
FOR RESPONDING TO CONSOLIDATED AMENDED
COMPLAINT
2:13-cv-01836 RSM

-2-

**WILSON SONSINI GOODRICH & ROSATI, PC**
701 Fifth Avenue, Suite 5100, Seattle, WA  98104-7036
Tel: (206) 883-2500 $ Fax: (206) 883-2699

|   |   |   |
|---|---|---|
| 1 |  | Telephone:  (206) 883-2500 |
| 2 |  | Facsimile:   (206) 883-2699 |
|   |  | Email:  bkaplan@wsgr.com |
|   |  | Email:  gwatts@wsgr.com |

*Attorneys for Defendant Atossa Genetics, Inc. and Individual Defendants*

Dated:  April 18, 2014

s/ Jeremy Roller
Jeremy Roller, WSBA #32021
**YARMUTH WILSDON PLLC**
818 Stewart Street, Suite 1400
Seattle, WA 98101
Telephone:  (206) 516-3800
Facsimile:   (206) 516-3888
Email:  jroller@yarmuth.com

Ralph V. De Martino
Susan Ciallella
Mark S. Radke
**SCHIFF HARDIN LLP**
901 K Street NW, Suite 700
Washington, DC 20001
Telephone:  (202) 778-6400
Facsimile:   (202) 778-6460
Email:  rdemartino@schiffhardin.com
Email:  sciallella@schiffhardin.com
Email:  mradke@schiffhardin.com

*Attorneys for Underwriter Defendants*

Dated:  April 18, 2014

s/ Dan Drachler
Dan Drachler, WSBA #27728
**ZWERLING, SCHACHTER & ZWERLING, LLP**
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Telephone:  (206) 223-2053
Facsimile:   (206) 343-9636
Email:  ddrachler@zsz.com

*Liaison Counsel for Lead Plaintiffs*

Jeffrey C. Block
Jason M. Leviton
Steven P. Harte
**BLOCK & LEVITON, LLP**
155 Federal Street, Suite 1303

STIPULATION AND ORDER REGARDING SCHEDULE
FOR RESPONDING TO CONSOLIDATED AMENDED
COMPLAINT
2:13-cv-01836 RSM

-3-

**WILSON SONSINI GOODRICH & ROSATI, PC**
701 Fifth Avenue, Suite 5100, Seattle, WA  98104-7036
Tel: (206) 883-2500 $ Fax: (206) 883-2699

Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
Email: jeff@blockesq.com
Email: jason@blockesq.com
Email: steven@blockesq.com

Marc I. Gross
Jeremy A. Lieberman
Lesley F. Portnoy
Michael J. Wernke
**POMERANTZ LLP**
600 3rd Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: migross@pomlaw.com
Email: jalieberman@pomlaw.com
Email: lfportnoy@pomlaw.com
Email: mjwernke@pomlaw.com

Patrick V. Dahlstrom
**POMERANTZ LLP**
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

STIPULATION AND ORDER REGARDING SCHEDULE
FOR RESPONDING TO CONSOLIDATED AMENDED
COMPLAINT
2:13-cv-01836 RSM

-4-

**WILSON SONSINI GOODRICH & ROSATI, PC**
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 $ Fax: (206) 883-2699

**ORDER**

Based upon the above stipulation of Lead Plaintiffs and Defendants, by and through their counsel of record, and for good cause appearing, the Atossa Defendants and/or Underwriter Defendants have until May 30, 2014 to answer or otherwise respond to the Consolidated Amended Complaint. If the Atossa Defendants and/or Underwriter Defendants move to dismiss the Consolidated Amended Complaint, Lead Plaintiffs shall have until July 11, 2014 to oppose the motion(s) to dismiss, and the Atossa Defendants and/or Underwriter Defendants shall have until July 31, 2014 to reply to Lead Plaintiffs' opposition(s). Any motion to dismiss filed under this agreed schedule shall be noted for August 1, 2014.

IT IS SO ORDERED.

Dated: April 21, 2014

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Submitted by:

Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

*Attorneys for Defendant Atossa Genetics, Inc.
and Individual Defendants*

STIPULATION AND ORDER REGARDING SCHEDULE
FOR RESPONDING TO CONSOLIDATED AMENDED
COMPLAINT
2:13-cv-01836 RSM

-5-

WILSON SONSINI GOODRICH & ROSATI, PC
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 $ Fax: (206) 883-2699