UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ATOSSA GENETICS, INC. SECURITIES LITIGATION | CASE NO.: 2:13-cv-01836 RSM<br><br>**ORDER OF DISMISSAL**<br><br><u>CLASS ACTION</u> |

The Court having granted Defendants' Motion to Dismiss Plaintiffs' Amended Complaint on October 6, 2014 (Dkt. #61), with leave to file a motion to amend the complaint within 20 days of that date; and the time for the filing of a motion having passed without the Plaintiffs having filed a motion for leave to amend their complaint;

IT IS HEREBY ORDERED:

This action is DISMISSED in its entirety with prejudice.

Dated this 30th day of October 2014.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL

No. 2:13-cv-01836 RSM

Zwerling, Schachter, & Zwerling, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel: (206) 223-2053
Fax: (206) 343-9636

PRESENTED BY:

     s/Dan Drachler
Dan Drachler (WSBA #27728)
Zwerling, Schachter & Zwerling, LLP
1904 Third Avenue, Suite 1030
Seattle, WA  98101-1170
Telephone:  (206) 223-2053
Fax:          (206) 343-9636
Email:  ddrachler@zsz.com

ORDER OF DISMISSAL

No. 2:13-cv-01836 RSM

Zwerling, Schachter, & Zwerling, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel:  (206) 223-2053
Fax:  (206) 343-9636