The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| *In re Atossa Genetics, Inc. Securities Litigation* | Civil Action No. 13-cv-01836-RSM<br><br>**ORDER APPROVING ATTORNEYS' FEES AND EXPENSES** |

ORDER APPROVING ATTORNEYS' FEES
AND EXPENSES
13-cv-01836 (RSM)

Zwerling, Schachter & Zwerling, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel.: (206) 223-2053

Plaintiffs' Counsel are hereby awarded attorneys' fees of 33% of the Settlement Amount ($1,155,000) and reimbursement of expenses in the amount of $62,704.91, and each of the Lead Plaintiffs are awarded compensatory awards of $2,000. The attorneys' fees and expenses shall be paid to Plaintiffs' Counsel from the Settlement Fund. The award of attorneys' fees shall be allocated among Plaintiffs' Counsel in a fashion which, in the opinion of Lead Counsel, fairly compensates Plaintiffs' Counsel for their respective contributions in the prosecution of the Action.

In making this award of attorneys' fees and reimbursement of expenses to be paid from the Settlement Fund, the Court has considered and found that:

a. the Settlement has created a fund of $3,500,000 in cash, plus interest thereon, and that numerous Class Members who submit acceptable Proofs of Claim will benefit from the Settlement created by Lead Counsel;

b. over 5,000 copies of the Notice were disseminated to putative Class Members indicating that Plaintiffs' Counsel was moving for attorneys' fees not to exceed one-third of the Settlement Amount and for reimbursement of expenses not to exceed $75,000, as well as a compensatory award to Lead Plaintiffs not to exceed $5,000 per Lead Plaintiff, and no objections were filed against the terms of the proposed Settlement or the ceiling on the fees and expenses requested by Plaintiffs' Counsel contained in the Notice;

c. the Action involved numerous difficult issues related to liability and damages;

d. Lead Counsel achieved the Settlement with skill, perseverance and diligent advocacy for the Class;

2

ORDER APPROVING ATTORNEYS' FEES
AND EXPENSES
13-cv-01836 (RSM)

Zwerling, Schachter & Zwerling, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel.: (206) 223-2053

e. had Lead Counsel not achieved the Settlement, there would remain a significant risk that Lead Plaintiffs and the Class may have recovered less or nothing from Defendants;

f. Lead Counsel has devoted at least 1,526.3 hours, with a lodestar value of $1,123,340, to achieve the Settlement;

g. Lead Counsel pursued the Action on a contingent basis; and

h. The Settlement was negotiated at arms'-length, and no evidence of fraud or collusion has been presented.

SIGNED this 20 day of July 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

3

ORDER APPROVING ATTORNEYS' FEES
AND EXPENSES
13-cv-01836 (RSM)

Zwerling, Schachter & Zwerling, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel.: (206) 223-2053